IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN K. PERRY, | ) |
| Petitioner, | ) ) ) |
| v. | ) )  Case No.  4:14-cv-00279-AGF |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner John K. Perry's motion to alter or amend the judgment entered in this case on February 13, 2017, denying Petitioner's motion filed under 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence.  The Court gave careful consideration to the arguments Petitioner presented in his § 2255 motion and asserts again now, particularly with respect to Petitioner's claim of ineffective assistance of counsel during the plea bargaining stage of his criminal case.  The Court continues to believe that Petitioner is not entitled to relief under § 2255, for the reasons previously stated, perhaps the most important of which is Petitioner's failure to demonstrate prejudice in connection with his claims.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner John K. Perry's motion to alter or amend the judgment in this case is **DENIED**.  ECF No. 30.

_____
AUDREY G. FLEISSIG

                                               UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2017.